UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| IDA CHRIS NOVAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-101 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| REGIONS MORTGAGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**ORDER**

On February 3, 2006, counsel for Plaintiff Ida C. Novak ("Plaintiff") and Defendant Regions Mortgage ("Defendant") attended a final pretrial conference in the above-captioned case. At the final pretrial conference, both attorneys represented to the Court the case had been settled and need not proceed to trial. The Court asked the parties' attorneys to file a notice of dismissal or a proposed agreed order of dismissal on or before February 17, 2006. Further, on February 17, 2006 the Court sent an e-mail both parties' attorneys reminding them of the deadline. To date, the parties have not filed a notice of dismissal or a proposed agreed order of dismissal. The Court assumes notwithstanding absence of a notice of dismissal or a proposed agreed order of dismissed, the parties have in fact settled this cases. Accordingly, the Court considers this case settled and **DIRECT** the Clerk of Court to **CLOSE** this case on Tuesday, February 28, 2006, unless the Court orders otherwise.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**